MICHAEL J. HEYMAN
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:26-mj-00229-MMS |
| Plaintiff, | |
| vs. | |
| JACOB BUTLER, a/k/a "DORT" | |
| Defendant. | |

**MOTION TO UNSEAL**

The United States asks this court to unseal the above-captioned case, but to replace the criminal complaint with a redacted version, attached hereto as Exhibit 1.

On April 10, 2026, defendant was charged by complaint for a violation of 18 U.S.C. § 1030(a)(5)(A) and 2. To protect an overseas operation in Canada to effectuate the arrest warrant in this case, the government filed a Motion to Seal Criminal Complaint. ECF Doc. 2. The Court granted that motion and initially ordered the complaint remain under seal until April 24, 2026. ECF Doc. 3. On April 22, 2026, the government again

moved to continue sealing the criminal complaint for an additional two weeks. ECF Doc. 4. On April 24, 2026, the Court continued the sealing of the complaint until May 8, 2026. On May 8, 2026, the government moved to continue the sealing of the criminal complaint for an additional two weeks. ECF Doc. 7. Later that day, the Court granted the continued sealing of the complaint until May 22, 2026.

Undersigned counsel received confirmation this morning from DOJ's Office of International Affairs (OIA) that Canadian authorities served the Provisional Arrest warrant in this matter yesterday, May 20, 2026.  As a result, there is no longer any grounds for this matter to remain sealed and the government moves the court to unseal the matter accordingly and docket the redacted affidavit in support of the complaint.  The only redactions are photographs of the defendant that were necessary to include for identification purposes but do not need to be released on the public record.

RESPECTFULLY SUBMITTED May 21, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


s/ *Adam Alexander*
ADAM ALEXANDER
Assistant United States Attorney
United States of America

Case 3:26-mj-00229-MMS *SEALED* Document 10 Filed 05/21/26 Page 2 of 2