IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:26-mj-00229-MMS |
| Plaintiff, | |
| vs. | |
| JACOB BUTLER, a/k/a "DORT" | |
| Defendant. | |

**ORDER**

Having duly considered the United States' motion to unseal the above-captioned case, the motion is granted. The above-captioned case shall be unsealed, but the criminal complaint at Docket 1 will remain sealed. The Clerk's Office is directed to file a redacted copy on the Docket.

IT IS SO ORDERED.

DATED May 21,2026          at Anchorage, Alaska.

s/Matthew M. Scoble
HON. MATTHEW M. SCOBLE
United States Magistrate Judge